**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

February 26, 2015

Hon. Scott P. Jones
Brock Person Guerra Reyna
17339 Redland Rd.
San Antonio, TX 78247
* DELIVERED VIA E-MAIL *

Hon. Jacqueline M. Stroh
Attorney at Law
10101 Reunion Place, Suite 600
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Moises R. Hernandez
Hernandez Law Firm
P. O. Box 2999
Harlingen, TX 78551

Hon. Roger W. Hughes
Adams & Graham
134 E. Van Buren, Suite 301
P. O. Drawer 1429
Harlingen, TX 78551
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00583-CV
Tr.Ct.No. 2006-CPC-92-B
Style:    IN THE ESTATE OF MARIO GONZALEZ LIRA

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    County Court at Law No. 2
       Hon. Sylvia Perez, Cameron County Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)